In the Matter of MARGARET SIMMS, Individually and as Administratrix of the Estate of JOHN J. SIMMS, Deceased, Respondent, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York, Appellant.

Argued April 6, 1954; decided May 20, 1954.

*Adrian P. Burke, Corporation Counsel* (*Henry J. Shields* and *Seymour B. Quel* of counsel), for appellant.

*August Zolotorofe* and *Benjamin Heller* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.